JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JULIO CESAR REYES, JR.,                )   CASE NO. ED CV 14-2542-JVS (PJW)
                                       )
                Petitioner,            )
                                       )   J U D G M E N T
          v.                           )
                                       )
W. L. MONTGOMERY,                      )
                                       )
                Respondent.            )
_____)

     Pursuant to the Order Accepting Report and Adopting Findings,

Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is

dismissed with prejudice.

     DATED: June 24, 2015.

                                   _____
                                   JAMES V. SELNA
                                   UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\MJ - Reyes v. Montgomery - Judgment.wpd